UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                               CASE NO.:

SOUTHERN STRUCTURAL SOLUTIONS, INC.                  07-02798-8-JRL

DEBTOR                                               CHAPTER 7

## REPORT ON SMALL DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate and that the following check(s) were for an amount less than $5.00:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Waste Industries<br>c/o RMS Bankruptcy Recovery Services<br>P. O. Box 5126<br>Timonium, MD  21094 | $2.79 |
| Duke Energy<br>P. O. Box 1245<br>Charlotte, NC  28201 | $3.19 |
| Best, Inc.<br>Attn:  Managing Agent<br>P. O. Box 206<br>Raleigh, NC  27605 | $1.95 |
| AR Perry's Glass Company<br>Attn:  Managing Agent<br>P. O. Box 206<br>Henderson, NC  27536 | $0.60 |
| Burlington Awning<br>Attn: Rick Mills<br>1345 South Church St.<br>Burlington, NC  27215 | $0.87 |

| | |
|---|---|
| Bank of America, N.A.<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE  19713 | $0.88 |
| Bank of America, N.A.<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE  19713 | $4.27 |
| Bank of America, N.A.<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE  19713 | $3.28 |
| Progress Energy<br>Attn:  Managing Agent<br>P. O. Box 1771<br>Raleigh, NC  27602 | $4.59 |

2. That pursuant to Bankruptcy Rule 3010(a) the undersigned trustee herewith submits said funds in the total amount of $22.42 to the Court.

Dated:  May 11, 2010

POYNER SPRUILL LLP

By:  S/  David M. Warren
David M. Warren
N.C. State Bar No. 12581
Attorneys for Trustee
Post Office Box 1801
Raleigh, NC  28602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the

Report on Small Dividend

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
P. O. Drawer 3758
Wilson, NC  27895

Waste Industries
c/o RMS Bankruptcy Recovery Services
P. O. Box 5126
Timonium, MD  21094

Duke Energy
P. O. Box 1245
Charlotte, NC  28201

Best, Inc.
Attn:  Managing Agent
P. O. Box 206
Raleigh, NC  27605

AR Perry's Glass Company
Attn:  Managing Agent
P. O. Box 206
Henderson, NC  27536

Burlington Awning
Attn: Rick Mills
1345 South Church St.
Burlington, NC  27215

Bank of America, N.A.
1000 Samoset Dr.
DE5-023-03-03
Newark, DE  19713

Bank of America, N.A.

1000 Samoset Dr.
DE5-023-03-03
Newark, DE  19713

Progress Energy
Attn:  Managing Agent
P. O. Box 1771
Raleigh, NC  27602

Dated:   May 11, 2010

POYNER SPRUILL LLP

By:   S/   David M. Warren
David M. Warren
N.C. State Bar No. 12581
Attorneys for Trustee
Post Office Box 1801
Raleigh, NC  28602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075