UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    CASE NO.: 07-02798-8-JRL

SOUTHERN STRUCTURAL SOLUTIONS, INC.,

DEBTOR.                            CHAPTER 7

REPORT OF UNCLAIMED FUNDS
(Rule 3011 of the Federal Rules of Bankruptcy Procedure)

Under Rule 3011 of the Federal Rules of Bankruptcy Procedure, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the Clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 40 | AIA Concrete<br>Attn: Managing Agent/Officer<br>2601 W. Front St.<br>BBurlington, NC 27215 | $15.12 |
| 18 | Brazeal Stone<br>Attn: Managing Agent/Officer<br>2660-D Yonkers Rd.<br>Raleigh, NC 27604 | $5.87 |
| 15 | Hunt Painting & Pressure<br>Attn: Managing Agent/Officer<br>563 Welcome Ave.<br>Henderson, NC 27536 | $8.94 |
| TOTAL AMOUNT TO BE PAID TO CLERK: | | $29.93 |

DATED: August 13, 2010

                                                    /s/ David M. Warren
                                                    Trustee
                                                    Post Office Box 1801
                                                    Raleigh, NC 27602
                                                    Telephone: (919)-783-6400

## CERTIFICATE OF SERVICE

I, David M. Warren, of Poyner & Spruill L.L.P. certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date, I served a copy of the foregoing Report of Unclaimed Funds on:

>Marjorie K. Lynch, Esq.
>Bankruptcy Administrator, EDNC
>Post Office Box 3758
>Wilson, NC  27893-3758

by depositing same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 13, 2010.

>/s/  David M. Warren
>Trustee
>Post Office Box 1801
>Raleigh, NC  27602
>Telephone: (919)-783-6400
>Facsimile: (919) 783-1075